U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

APR 2 9 2008

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:08CR30001-001 |
| v. | ) | |
| | ) | 18 U.S.C. § 2422(b) |
| TERRY BURTON BUTTS | ) | 18 U.S.C. §§ 2423(b), (e) and (f)(1) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

Beginning on or about March 9, 2007 and continuing through and including March 16, 2007, in the Western District of Arkansas, Harrison Division and elsewhere, TERRY BURTON BUTTS, the defendant, using a facility and means of interstate and foreign commerce; namely, a cellular telephone, knowingly persuaded, induced, enticed and coerced Jane Doe, an individual who had not attained the age of 18 years, to engage in any sexual activity for which TERRY BURTON BUTTS can be charged with a criminal offense, that is, Arkansas Code Annotated 5-14-127, Sexual Assault in the Fourth Degree, and attempted to do so; all in violation of Title 18, United States Code, Section 2422(b).

### COUNT TWO

Beginning on or about March 15, 2007 and continuing through and including March 16, 2007, in the Western District of Arkansas, Harrison Division and elsewhere, TERRY BURTON BUTTS, the defendant, knowingly traveled in interstate commerce from Tennessee to Arkansas for

1

the purpose of engaging in any illicit sexual conduct that is a sexual act as defined in Title 18, United States Code, Section 2246, with Jane Doe, a person under 18 years of age, that would be in violation of Chapter 109A if the sexual act occurred in the special maritime and territorial jurisdiction of the United States, and attempted to do so; all in violation of Title 18, United States Code, Section 2423(b), (e) and (f)(1).

A True Bill.

/s Foreperson
Foreperson

ROBERT C. BALFE
UNITED STATES ATTORNEY

By: *Kyra E. Jenner*
Kyra E. Jenner
Assistant U. S. Attorney
Arkansas Bar No. 2000041
P. O. Box 1524
Fort Smith, AR 72902
Phone: 479-783-5125
Fax: 479-441-0578

2

AO 442 (Rev. 5/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS

**UNITED STATES OF AMERICA**
**v.**
**TERRY BURTON BUTTS**

## WARRANT FOR ARREST

CASE NUMBER: 3:08CR30001-001

TO: The United States Marshal
and any other Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest TERRY BURTON BUTTS

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him with: **Count One:** Use of a facility of interstate commerce to persuade, induce, entice and coerce a minor to engage in sexual activity; and, **Count Two:** Travel in interstate commerce with intent to engage in illicit sexual conduct with a minor;

in violation of Title 18 United States Code, Section(s) 2422(b) and 2423(b), (e) and (f)(1

CHRISTOPHER R. JOHNSON
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

(By) Deputy Clerk

Bail fixed at _____

U. S. DISTRICT CLERK
Title of Issuing Officer

May 9, 2008,                    Fort Smith, Arkansas
Date and Location

CHRISTOPHER R. JOHNSON

By_____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| Date Received | Name & Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |