# UNITED STATES DISTRICT COURT
Eastern District of Tennessee
United States Courthouse
900 Georgia Avenue
Chattanooga, Tn 37402

William B. Mitchell Carter  
United States Magistrate Judge

Telephone (423)752-5365  
Fax (423)752-5368  
bill_carter@tned.uscourts.gov

May 13, 2008

United States District Court Clerk's Office  
30 South Sixth Street  
Fort Smith, AR 72901

Re: USA v. Terry Burton Butts  
WDAR Case No: 3:08cr30001-001  
EDTN Mag. No. 1-08-MJ-120

Enclosed herein please find original/certified copies of the following:

( ) Warrant of Arrest

( ) Complaint

(X) Financial Affidavit

(X) Order Appointing Counsel

( ) CJA 20 - Appointment of Counsel under CJA

( ) Order Setting Bail

(X) Appearance Bond

(X) Order Setting Conditions of Release

(X) Report of Proceedings before U.S. Magistrate (Memorandum & Order)

( ) Waiver of Preliminary Hearing

( ) Waiver of Identity/Removal Hearing

( ) Detention Hearing

( ) Commitment to Another District

( ) Modified Warrant of Removal (directing defendant to appear in your district)

( ) Copy of Docket Entries from this District

(X) Courtroom Minutes

( ) Deed of Trust

( ) Exhibits/Witness List

Please feel free to call with any questions.

_Jen Burkhart_  
Jennifer Burkhart- Judicial Assistant